**U.S. Department of Labor**

Benefits Review Board
P.O. Box 37601
Washington, DC 20013-7601



BRB No. 14-0049 BLA
Case No. 2007-BLA-06085

| | |
|---|---|
| ARLIS HENSLEY | ) |
| | ) |
| Claimant-Respondent | ) |
| | ) |
| v. | ) |
| | ) |
| DIXIE FUEL COMPANY, LLC | ) |
| | ) |
| and | ) |
| | ) |
| BITUMINOUS CASUALTY | ) |
| CORPORATION | ) |
| | ) |
| Employer/Carrier- | ) |
| Petitioners | ) |
| | ) |
| DIRECTOR, OFFICE OF WORKERS' | ) |
| COMPENSATION PROGRAMS, UNITED | ) |
| STATES DEPARTMENT OF LABOR | ) |
| | ) |
| Party-in-Interest | ) |

**NOT PUBLISHED**

DATE ISSUED: **MAR 2 7 2015**

RECEIVED
MAR 3 0 2014
By_____

ORDER ON MOTION
FOR RECONSIDERATION
EN BANC and AWARD
OF ATTORNEY'S FEES

After consideration of employer's contentions, and review of the Board's disposition of this case, the Board denies employer's motion for reconsideration en banc. 33 U.S.C. §921(b)(5); 20 C.F.R. §§801.301(b), (c), 802.407(a), (d), 802.409.

In a related matter, claimant's counsel, Joseph E. Wolfe, has filed a complete, itemized statement requesting attorney's fees for services performed before the Board in this case, pursuant to 20 C.F.R. §802.203. Claimant's counsel requests a total fee of $525.00, representing 1.75 hours of legal services performed from November 18, 2013 to August 29, 2014, at an hourly rate of $300.00. No objections to the fee request have been filed.

The Board finds the requested fee to be reasonable and commensurate with the necessary services performed in defending claimant's award of benefits. Accordingly, the Board approves a fee of $525.00 to be paid directly to claimant's counsel by employer. 33 U.S.C. §928, as incorporated by 30 U.S.C. §932(a); 20 C.F.R. §802.203.


BETTY JEAN HALL, Acting Chief
Administrative Appeals Judge


REGINA C. McGRANERY
Administrative Appeals Judge


JUDITH S. BOGGS
Administrative Appeals Judge


GREG J. BUZZARD
Administrative Appeals Judge

**CERTIFICATE OF SERVICE**

2014-0049-BLA Mr. Arlis Hensley v. Dixie Fuel Company, Llc, Bituminous Casualty Corp.,, Director, Office of Workers' Compensation Programs (Case No. 07-BLA-6085)

I certify that the parties below were served this day.

MAR 2 7 2015

_____
(DATE)

_____
Thomas O. Shepherd, Jr., Esq.   *TP*
Clerk of the Appellate Boards

Joseph E. Wolfe, Esq.
Wolfe, Williams & Rutherford
P.O. Box 625
Norton, VA 24273-0625
--*Certified*

Michelle S. Gerdano, Esq.
U.S. Department of Labor
Office of the Solicitor
Suite N-2119
Washington, DC 20210
--*Certified*

Hon. Kenneth Krantz
Office of Administrative Law Judges
11870 Merchants Walk-Suite 204
Newport News, VA 23606

Laura M. Klaus, Esq.
Greenberg Traurig LLP
2101 L. Street, NW
Suite 1000
Washington, DC 20037
--*Certified*

Michael Chance
U.S. Department of Labor
Suite C-3516, NDOL
Washington, DC 20210

Mr. Arlis Hensley
P.O. Box 383
Wallins, KY 40873
--*Certified*

Rae Ellen James, Esq.
Associate Solicitor, U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N-2117, NDOL
Washington, DC 20210
--*Electronic*

Seena Foster, Esq.
Office of Administrative Law Judges
Techworld Plaza
800 K Street NW
Suite 400
Washington, DC 20210